**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Tony Young, Petitioner,

v.

Greenwood County Detention Center and the Greenwood County Sheriff's Office, Defendants,

Of Which The Greenwood County Sheriff's Office is Respondent.

Appellate Case No. 2022-000740

———————————

Appeal From Greenwood County
Frank R. Addy, Jr., Circuit Court Judge

———————————

Memorandum Opinion No. 2023-MO-015
Heard October 24, 2023 – Filed November 8, 2023

———————————

**DISMISSED AS IMPROVIDENTLY GRANTED**

———————————

Joshua Thomas Hawkins and Helena LeeAnn Jedziniak of Hawkins & Jedziniak, LLC, of Greenville; and Kyle Jason White of White, Davis, and White Law Firm, of Anderson, all for Petitioner.

Andrew F. Lindemann of Lindemann Law Firm, P.A., of Columbia, and Russell W. Harter, Jr. of Chapman Harter, P.A., of Greenville, for Respondent.

---

**PER CURIAM:**  We granted a writ of certiorari to review the decision of the court of appeals in *Young v. Greenwood County Detention Center*, Op. No. 2022-UP-170 (S.C. Ct. App. filed Apr. 6, 2022).  We now dismiss the writ on the basis it was improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, FEW, JAMES and HILL, JJ., concur.**